IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BARRY PEARSON                                                                          PLAINTIFF

v.                                    No. 4:20-cv-298-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                                          DEFENDANT

ORDER

The Commissioner objected to Magistrate Judge Kearney's recommendation, which favors Pearson, so the Court has reviewed his recommendation *de novo*. FED. R. CIV. P. 72(b)(3). Pearson challenges whether substantial evidence supports the ALJ's finding that he doesn't meet the criteria of Listing 1.04(A). *Prosch v. Apfel*, 201 F.3d 1010, 1012 (8th Cir. 2000). The Court generally won't disturb the ALJ's finding if the record supports it. *Dunahoo v. Apfel*, 241 F.3d 1033, 1037 (8th Cir. 2001). But here, the Court agrees with Magistrate Judge Kearney. Pearson makes a compelling case, and the ALJ's perfunctory analysis of Listing 1.04(A) precludes meaningful judicial review; it is not at all clear to the Court that substantial evidence supports the Commissioner's decision. *Phillip v. Saul*, 2020 WL 4001162, at *21–*24 (D. Neb. 15 July 2020) (reviewing Eighth Circuit decisions); *Minnick v. Colvin*, 775 F.3d 929, 936 (7th Cir. 2015). And the Court would undoubtedly benefit from knowing what particulars informed the

ALJ's conclusion in this close case. The Court therefore reverses the Commissioner's decision and remands for further administrative review. The ALJ should provide a more thorough Step Three analysis. As the Commissioner argues, whether a consultative examination is necessary is a judgment call for the ALJ. Recommendation, *Doc. 20*, adopted as clarified. Objections, *Doc. 22*, overruled.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

12 May 2021