IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BARRY PEARSON                                                                          PLAINTIFF

v.                                    No. 4:20-cv-298-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                                           DEFENDANT

## JUDGMENT

The Commissioner's decision is reversed and the claim is remanded for further administrative review. This is a "sentence four" remand. 42 U.S.C. § 405(g); *Melkonyan v. Sullivan*, 501 U.S. 89, 98, 101–02 (1991).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 May 2021