IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BARRY PEARSON                                                                PLAINTIFF

v.                              No. 4:20-cv-298-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                                 DEFENDANT

## ORDER

Unopposed motion, *Doc. 25*, granted. The hours billed and fee requested are reasonable. The Court awards an attorney's fee of $11,459.50, $64.80 in expenses, and $400 in costs payable to Pearson. *Astrue v. Ratliff*, 560 U.S. 586, 591 (2010). The check should be mailed to Pearson's lawyer.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 June 2021